UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON O. WINDOM, et al., <br> Plaintiffs, <br> v. <br> NICHOLAS F. BRADY, et al., <br> Defendants. | Case No. 19-cv-02045-TSH <br><br> **ORDER DENYING MOTION** <br> Re: Dkt. No. 6 |

On April 30, 2019, the Court granted Plaintiff Cameron O. Windom's in forma pauperis application and dismissed his complaint with leave to amend. ECF No. 5. In light of that dismissal and because Windom has yet to replead, his "honesty motion" at ECF No. 6 is moot. The motion is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated: May 3, 2019

THOMAS S. HIXSON
United States Magistrate Judge